AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DYK, TIMOTHY B. | FEDERAL CIRCUIT | 06/12/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE - ACTIVE | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. JUDICIAL COUNSELOR | GILES RICH INN OF COURT |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | UNIVERSITY OF NEBRASKA - BOARD OF REGENTS (ROYALTY) | $410.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | NYU LAW SCHOOL - SALARY |
| 2. | 2014 | STATE OF MARYLAND - HONORARIA $6,000 |
| 3. | 2014 | WASHINGTON UNIVERSITY - HONORARIA $5,250 |
| 4. | 2014 | PODESTA GROUP INC - CONSULTANT |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | STANFORD LAW SCHOOL | 03/20 - 03/22/2014 | PALA ALTO, CA | KEYNOTE SPEAKER: PATENT TROLLS AND PATENT REFORM STANFORD LAW SCHOOL CONFERENCE | TRANSPORTATION, LODGING, MEALS |
| 2. | IP SECTION OF THE DELAWARE CHAPTER OF THE FEDERAL BAR ASSOCIATION | 05/13/2014 | WILMINGTON, DE | APPELLATE COURT JUDICIAL PANEL DELAWARE CHAPTER OF THE FEDERAL BAR ASSOC CONFERENCE | TRANSPORTATION |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 06/12/2015 |

| 3. | ED TX BAR ASSOCIATION AND USDC NON-APPROPRIATED FUNDS | 10/22 - 10/23/2014 | PLANO, TX | APPELLATE JUDGES' PANEL EASTERN DISTRICT OF TEXAS BENCH & BAR CONFERENCE | TRANSPORTATION, LODGING, MEALS |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LOT - TRURO, MA (PARCEL 1) ($230,600) | | None | N | S | | | | | |
| 2. CARLYLE FUND | G | Dividend | N | T | | | | | |
| 3. MORGAN STANLEY | A | Interest | M | T | | | | | |
| 4. I SHARES NEW YORK MUNI BOND FUND | C | Interest | M | T | | | | | |
| 5. FIRST NIAGRA FINANCIAL (COMMON STOCK) | A | Dividend | J | T | | | | | |
| 6. JAPAN EQUITY FUND | A | Dividend | L | T | | | | | |
| 7. DEUTCHE TELECOM (COMMON STOCK) | B | Dividend | L | T | | | | | |
| 8. BANK OF AMERICA (COMMON STOCK) | B | Dividend | M | T | | | | | |
| 9. PETROBRAS (COMMON STOCK) | A | Dividend | L | T | Buy | 11/11/14 | L | | |
| 10. | | | | | Buy (add'l) | 12/08/14 | K | | |
| 11. | | | | | Sold (part) | 12/31/14 | J | | |
| 12. LEUCADIA NATL CORP (COMMON STOCK) | A | Dividend | K | T | | | | | |
| 13. CRIMSON WINE GROUP (COMMON STOCK) | | None | J | T | | | | | |
| 14. NUVEEN MUNICPAL VALUE FUND | D | Int./Div. | N | T | | | | | |
| 15. NUVEEN MUNICPAL OPP FUND | C | Interest | L | T | | | | | |
| 16. ROYAL DUTCH SHELL (COMMON STOCK) | D | Dividend | M | T | | | | | |
| 17. VANGUARD MONEY MARKET FUND T/E | A | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 06/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VANGUARD INTERMEDIATE TERM T/ E ADMIRAL | D | Dividend | M | T | Buy | 01/06/14 | M | | |
| 19. NY COMM BK CORP (COMMON STOCK) | B | Dividend | K | T | | | | | |
| 20. RYDEX INVERSE GOV'T LONG BOND FUND | | None | | | Sold | 11/24/14 | K | | |
| 21. WESTERN INTERMEDIATE MUNI FUND | C | Interest | M | T | | | | | |
| 22. FORD MOTOR CO (COMMON STOCK) | A | Dividend | J | T | Sold (part) | 12/01/14 | K | B | |
| 23. NUVEEN SELECT TAX FREE INCOME FUND | D | Interest | M | T | Buy (add'l) | 06/02/14 | K | | |
| 24. | | | | | Buy (add'l) | 06/04/14 | K | | |
| 25. | | | | | Buy (add'l) | 06/05/14 | J | | |
| 26. ABB LIMITED (COMMON STOCK) | C | Dividend | L | T | | | | | |
| 27. TOTAL S.A. (COMMON STOCK) | D | Dividend | M | T | | | | | |
| 28. NORTHWEST BIOTHERAPUTICS (COMMON STOCK) | | None | K | T | Sold (part) | 03/10/14 | K | | |
| 29. ATLAS AIR WORLDWIDE (COMMON STOCK) | | None | L | T | Buy (add'l) | 06/03/14 | K | | |
| 30. ASTORIA FINANCIAL (COMMON STOCK) | A | Dividend | J | T | | | | | |
| 31. NUVEEN SELECT MATURITY (MUNICIPAL FUND) | A | Interest | J | T | | | | | |
| 32. VANGUARD IRA #4 | D | Dividend | N | T | | | | | |
| 33. - I SHARES MSCI JAPAN | | | | | | | | | |
| 34. -LEUCADIA NATIONAL CORP (COMMON STOCK) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 06/12/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - ABB LTD ( COMMON STOCK) | | | | | | | | | |
| 36. - NEW AMERICA HIGH INCOME FUND | | | | | Buy | 01/27/14 | K | | |
| 37. - BANK OF CALIFORNIA (COMMON STOCK) | | | | | | | | | |
| 38. - FIDELITY JAPAN SMALL CO. FUND | | | | | | | | | |
| 39. -VANGUARD MONEY MARKET | | | | | | | | | |
| 40. - RYDEX INV GOV'T LONG BOND | | | | | Sold | 11/24/14 | K | | |
| 41. - NY TIMES CO (COMMON STOCK) | | | | | Sold | 03/10/14 | L | | |
| 42. - KINDERMORGAN ENERGY PARTNERS (COMMON STOCK) | | | | | Sold | 03/10/14 | L | | |
| 43. - BLACKSTONE MORT TRUST (COMMON STOCK) | | | | | | | | | |
| 44. - CRIMSON WINE GROUP (COMMON STOCK) | | | | | | | | | |
| 45. - PEOPLES UNITED (COMMON STOCK) | | | | | | | | | |
| 46. VANGUARD IRA - #1 | E | Dividend | O | T | | | | | |
| 47. - BANK OF AMERICA (COMMON STOCK) | | | | | | | | | |
| 48. - FIDELITY JAPAN SM CO FUND | | | | | | | | | |
| 49. - RYDEX INVERSE GOV'T LONG BOND FUND | | | | | Sold | 11/24/14 | L | | |
| 50. - DEUTCHE HIGH INCOME OPPERTUNITIES FUND | | | | | Buy | 01/27/14 | J | | |
| 51. - ENSCO ( COMMON STOCK) | | | | | Buy | 06/03/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 06/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - I SHARES JAPAN INDEX FUND | | | | | | | | | |
| 53. - THIRD AVE FOCUSED CREDIT FUND | | | | | Sold | 05/29/14 | M | F | |
| 54. - N Y TIMES (COMMON STOCK) | | | | | Sold | 03/10/14 | L | | |
| 55. - MORGAN STANLEY SENIOR NOTES | | | | | | | | | |
| 56. - VANGUARD MONEY MARKET | | | | | | | | | |
| 57. -LUMINENT (COMMON STOCK) | | | | | | | | | |
| 58. - GLADSTONE COMMERCIAL CORP. (COMMON STOCK) | | | | | | | | | |
| 59. VANGUARD IRA #2 | D | Dividend | N | T | | | | | |
| 60. -VANGUARD MONEY MARKET | | | | | | | | | |
| 61. - FIDELITY INV TRUST JAPAN SMALL CO FUND | | | | | | | | | |
| 62. - DEUTCHE TELECOM (COMMON STOCK) | | | | | | | | | |
| 63. - CITIGROUP (COMMON STOCK) | | | | | | | | | |
| 64. - VALLEY NATIONAL BANK (COMMON STOCK) | | | | | | | | | |
| 65. -LUMINENT (COMMON STOCK) | | | | | | | | | |
| 66. -DEUTCHE HIGH INCOME OPPORTUNITIES FUND | | | | | Buy | 01/27/14 | K | | |
| 67. - FORD MOTOR CO (COMMON STOCK) | | | | | Sold | 12/01/14 | K | B | |
| 68. - N Y TIMES (COMMON STOCK) | | | | | Sold | 03/10/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 06/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. VANGUARD IRA # 3 | D | Dividend | N | T | | | | | |
| 70. - VANGUARD MONEY MARKET | | | | | | | | | |
| 71. - THIRD AVE FOCUS CREDIT FUND | | | | | Sold | 05/29/14 | M | F | |
| 72. - CONOCO PHILLIPS (COMMON STOCK) | | | | | | | | | |
| 73. - FAIR POINT COMMUNICATIONS (COMMON STOCK) | | | | | | | | | |
| 74. - GLADSTONE COMMERCIAL CORP (COMMON STOCK) | | | | | | | | | |
| 75. TD AMERITRADE IRA #1 (CASH) | A | Dividend | J | T | | | | | |
| 76. TD AMERITRADE IRA #2 | A | Dividend | O | T | | | | | |
| 77. -SPEC SITUATION LIFE SCIENCES FUND | | | | | | | | | |
| 78. - MONEY MARKET | | | | | | | | | |
| 79. WELLS FARGO IRA | A | Dividend | J | T | | | | | |
| 80. - MONEY MARKET | | | | | | | | | |
| 81. - KAISER ALUMINUM (COMMON STOCK) | | | | | | | | | |
| 82. - KAISER ALUMINUM SENIOR NOTES DUE 02/15/02 | | | | | | | | | |
| 83. VANGUARD IRA #5 | A | Dividend | M | T | | | | | |
| 84. - VANGUARD MONEY MARKET | | | | | | | | | |
| 85. - NEW AMERICA HIGH INCOME FUND | | | | | Buy | 01/27/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 06/12/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -ALLEGHENY TECHNOLOGIES INC (COMMON STOCK) | | | | | Sold | 04/07/14 | L | E | |
| 87. NEW YORK UNIVERSITY 403(b) PLAN (PREVIOUSLY VANGUARD IRA #6) | B | Dividend | L | T | | | | | |
| 88. - VANGUARD DIVIDEND GROWTH FUND | | | | | | | | | |
| 89. MASS MUTUAL LIFE INS | A | Dividend | K | W | | | | | |
| 90. ING LIFE INS | C | Dividend | M | T | | | | | |
| 91. PNC BANK WASH DC | A | Interest | K | T | | | | | |
| 92. US BONDS | C | Interest | M | T | | | | | |
| 93. J.J. GUMBERG LIMITED PARTNERSHIP | D | Distribution | J | W | | | | | |
| 94. VIRGINIA RETIREMENT SYSTEM | A | Interest | J | T | | | | | |
| 95. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 06/12/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) TOTAL INCOME FOR IRA ACCOUNTS IS TOTAL INCOME AS REPORTED BY CUSTODIAN OF ACCOUNT.

2) TRANSFERS FROM IRA MONEY MARKET TO PERSONAL ACCOUNT (RMD) NOT SHOWN.

3) PART VII, LINES 87- 88.  PERIODIC  EMPLOYER CONTRIBUTIONS  MADE TO THIS ACCOUNT, NEW YORK UNIVERSITY 403(b) PLAN (PREVIOUSLY VANGUARD IRA #6) -VANGUARD DIVIDEND GROWTH FUND) ARE NOT REPORTED AS A SEPERATE BUY.

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 06/12/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ TIMOTHY B. DYK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544